TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






ON MOTION FOR RECONSIDERATION EN BANC








NO. 03-07-00728-CV






Twigland Fashions, Ltd., Appellant


v.


Nemia Miller, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT

NO. D-1-GN-06-002877, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING





O R D E R


PER CURIAM


 The appellee Nemia Miller has filed a motion for reconsideration en banc. The
motion is denied.

 It is ordered October 22, 2010.



Before Chief Justice Jones, Justices Patterson, Puryear, Pemberton and Henson;

 Concurring Opinion by Chief Justice Jones;

 Dissenting Opinion by Justice Henson, joined by Justice Patterson